AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, III, DAVID C. | U. S. DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI | 4/26/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* ARTICLE III SENIOR STATUS | 5a. Report Type (check appropriate type) ___ Nomination, Date _____  ___ Initial _x_ Annual ___ Final  5b. ___ Amended Report | 6. Reporting Period January 1, 2006 - December 31, 2006 |
|---|---|---|

| 7. Chambers or Office Address P. O. Box 928 Natchez, MS 39121 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Trustee Emeritus | Mississippi Nature Conservancy |
| Member Board of Trustees | Natchez Literary Celebration |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☐ N/A NONE (No reportable non-investment income.) | |

2007 MAY -2 A 10: 50 FINANCIAL DISCLOSURE OFFICE RECEIVED

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | [X] NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | [X] NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | [ ] NONE (No reportable liabilities.) | | |
| 2 | Britton & Koontz Bank | Real Estate Loan | K |
| 3 | Britton & Koontz Bank | Real Estate Loan | K |
| 4 | Britton & Koontz Bank | Real Estate Loan | N |
| 5 | United Mississippi Bank | Real Estate Loan | M |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 4/26/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SEE ADDENDUM CONSISTING OF FIFTEEN(15) PAGES ATTACHED HERETO | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRAMLETTE, III, DAVID C. | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                Date  April 26, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | (2) 1 Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 1.  50% interest in rental account-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 2.  50% interest in account, rental property-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 3.  25% interest in farm acct.-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 4.  25% interest in estate account-inherited property AmSouth Bank acct. | E | rent | J | T | | | | | |
| 5.  Entergy | A | div. | K | T | | | | | |
| 6.  GW Utilities, Ltd. | B | div. | J | T | | | | | |
| 7. Hibernia Bank | A | div. | J | T | | | | | |
| 8. CSX | A | div. | J | T | | | | | |
| 9. Abitibi-Price, Inc. | A | div. | J | T | | | | | |
| 10. Highland Corp. | C | div. | J | T | | | | | |
| 11. Highpoint Corp. | A | div. | J | T | | | | | |
| 12. Nuveen Flagship Muni. Bond | A | int. | J | T | | | | | |
| 13. Washington Mutual Investors Trust | A | div. | K | T | | | | | |
| 14. First Colony Life | B | div. | K | T | | | | | |
| 15. Penn Mutual | A | div. | M | T | | | | | |
| 16. New York Life | A | div. | L | T | | | | | |
| 17. Equitable Life | A | div. | L | T | | | | | |
| 18. Southern Farm Bureau | A | div. | J | T | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRAMLETTE, DAVID C., III | 4/26/07 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 19. CHARLES SCHWAB (FORMERLY MERRILL LYNCH) INVESTMENT ACCOUNT: | | | | | | | | | |
| STOCKS: | | | | | | | | | |
| AMR Corp. | A | div. | J | T | Buy | 3/23 | J | | |
| AT&T New | A | div. | J | T | | | | | |
| Advanced Micro Devices | A | div. | J | T | Sold | 7/5 | J | | |
| Agilent Technologies, Inc. | A | div. | J | T | Buy Buy | 5/4 7/5 | J J | | |
| American Intl. Group Inc. | A | div. | J | T | Buy | 9/18 | J | | |
| Anadarko Pete Corp. | A | div. | J | T | | | | | |
| Arkansas Power & Light | B | div. | J | T | | | | | |
| Ashland, Inc. | A | div. | J | T | Buy Buy | 6/7 10/30 | J J | | |
| Avery Dennison | A | div. | J | T | Buy | 5/30 | J | | |
| BMC Software, Inc. | A | div. | J | T | | | | | |
| BankAmerica Corp. New Del | A | div. | J | T | | | | | |
| Baxter Interntl, Inc. | A | div. | J | T | | | | | |
| BJ Services Co. | A | div. | J | T | | | | | |
| BP Amoco PL | A | div. | J | T | | | | | |
| Burlington N Sante Fe | A | div. | J | T | | | | | |
| Carnival Corp. | A | div. | J | T | Buy | 11/13 | J | | |
| Caterpillar, Inc. | A | div. | J | T | | | | | |
| Chubb Corp. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| | | | | | | | If not exempt from disclosure | | |
| CIGNA | A | div. | J | T | | | | | |
| CISCO Systems, Inc. | A | div. | J | T | Buy | 10/20 | J | | |
| | | | | | Buy | 11/13 | J | | |
| Coca Cola Ent. | A | div. | J | T | Buy | 7/31 | J | | |
| Coventry Health Care Inc. | A | div. | J | T | | | | | |
| CVS Corp. Delaware | A | div. | J | T | Ptl. Sale | 1/5 | J | | |
| | | | | | Sold | 1/30 | J | | |
| D. R. Horton Co. | A | div. | J | T | Sold | 7/19 | J | | |
| Darden Restaurants Inc. | A | div. | J | T | Ptl. Sale | 6/2 | J | | |
| | A | div. | | | Sold | 6/8 | J | | |
| Davita Inc. | A | div. | J | T | Buy | 2/14 | J | | |
| | | | | | Sold | 6/7 | J | | |
| Deere & Co. | A | div. | J | T | | | | | |
| Dominion Res Inc VA New | A | div. | J | T | | | | | |
| E Trade Financial Corp. | A | div. | J | T | Buy | 7/11 | J | | |
| Ericson LM Tel CL B ADR | A | div. | J | T | | | | | |
| First Energy Corp. | A | div. | J | T | | | | | |
| Fisher Scientific IN | A | div. | J | T | | | | | |
| Freeport McMorn CP&GLD B Class B | A | div. | J | T | Buy | 7/19 | J | | |
| General Dynamics Corp. | A | div. | J | T | | | | | |
| General Electric | A | div. | J | T | | | | | |
| Glaxo Smith Kline PLC AD RF | A | div. | J | T | Buy | 7/14 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Hewlett Packard Co. | A | div. | J | T | | | | | |
| Home Depot | A | div. | J | T | | | | | |
| INCO Ltd. | A | div. | J | T | Buy | 3/16 | J | | |
| | | | | | Sold | 9/29 | J | | |
| Johnson & Johnson | A | div. | J | T | | | | | |
| Kimberly Clark | A | div. | J | T | Sold | 2/27 | J | | |
| L-3 Communications HLDGS | A | div. | J | T | | | | | |
| Laboratory CP Amer Hldgs. | A | div. | J | T | | | | | |
| MGIC Investment Corp. | A | div. | J | T | | | | | |
| Manpower, Inc. | A | div. | J | T | Buy | 4/12 | J | | |
| McAfee, Inc. | A | div. | J | T | Sold | 8/19 | J | | |
| Merrill Lynch & Co. | A | div. | J | T | | | | | |
| J P Morgan Chase & Co. | A | div. | J | T | Buy | 8/15 | J | | |
| Nestle SA Rep RG SH ADR | A | div. | J | T | | | | | |
| Nokia Corp. | A | div. | J | T | Buy | 1/23 | J | | |
| | | | | | Buy | 1/27 | J | | |
| | | | | | Buy | 9/21 | J | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |
| Nucor Corp. | A | div. | J | T | Sold | 3/19 | J | | |
| Patterson UTI Energy Inc. | A | div. | J | T | | | | | |
| Pfizer | A | div. | J | T | | | | | |
| Plum Creek Timber Co. - REIT | A | div. | J | T | | | | | |
| PNC FINCL Service Group | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Praxair, Inc. | A | div. | J | T | | | | | |
| Proctor Gamble | A | div. | J | T | | | | | |
| Prudential Financial, Inc. | A | div. | J | T | | | | | |
| Republic Services, Inc. | A | div. | J | | | | | | |
| Schering Plough Corp. | A | div. | J | T | | | | | |
| Schlumberger LTD. | A | div. | J | T | | | | | |
| Seagate Technology | A | div. | J | T | Buy | 1/17 | J | | |
| Shire PLC ADR | A | div. | J | T | Buy | 5/30 | J | | |
| St Paul Travelers Cos | A | div. | J | T | | | | | |
| Sunburst Bks Inc. | A | div. | J | T | | | | | |
| Target | A | div. | J | T | | | | | |
| Terex Corp. | A | div. | J | T | Buy | 6/9 | J | | |
| Time Warner | A | div. | J | T | | | | | |
| Travelers PPTY CAS CRP A | A | div. | J | T | | | | | |
| United Parcel Service | A | div. | J | T | Sold | 2/14 | J | | |
| Verigy Ltd. | A | div. | J | T | Spin-off Agilent Tech. Sold | 10/31 12/19 | J J | | |
| CASH & EQUIVALENTS: CMA Money Fund | A | int. | K | T | | | | | |
| CMA Government Securities Fund | B | int. | J | T | | | | | |
| MUNICIPAL BONDS: Jackson, MS Pub Sch Dist | A | int. | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| MS St Univ. EDL Bldg. CRP RV PWR OID FCIC JAN 04 03.500% Aug 01 13 | A | Int. | L | T | | | | | |
| MS St 5.5%10 GO UTX Due 9/1/10 | A | Int. | K | T | Buy | 12/9 | K | | |
| 20. Undivided 1/4 int. in ▮▮▮, ▮▮▮ Wilkinson Co., MS Inherited 10/84 - Value at acquisition $250,000 | D | rent | N | R | | | | | |
| 21. Undivided 1/20 int. in ▮▮▮ Adams Co., MS Purchased 8/86 - Value at acquisition $23,000 | C | Timber Sale | K | R | Timber Sale | 7/6 | | J | J. M. Jones Lumber Co. |
| 22. Undivided int. in small tract known as ▮▮▮ ▮▮▮ Adams Co., MS Purchased 6/82 - Value at acquisition $5,000 | D | Timber Sale | J | R | Timber Sale | 2/06 | | J | Good Hope, Inc. |
| Additional 50% int. in ▮▮▮ a/k/a ▮▮▮ ▮▮▮ Purchased 4/98 - Value at acquisition - $8,098) | | None | J | R | | | | | |
| Additional 50% int. in ▮▮▮ a/k/a ▮▮▮ ▮▮▮ Purchased 4/98 - Value at acquisition - $12,500 | | None | K | R | | | | | |
| Additional ▮▮▮ in ▮▮▮ ▮▮▮ Purchased 8/99 - value at acquisition $16,895 | | None | K | R | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| 23. Undivided 1/30 int. in property known as ▮▮▮▮ ▮▮▮▮ Wilkinson Co., MS - Purchased 10/87 - value at acquisition $60,000 | None | M | R | | | | | | |
| Additional 1/30 int. in ▮▮▮ known as ▮▮▮▮ ▮▮▮▮ Wilkinson Co., MS - Value at acquisition (2/99) $20,000 | None | K | R | | | | | | |
| Additional 1/30th int. in property known as ▮▮▮▮ ▮▮▮▮ Wilkinson Co., MS - Value at acquisition $36,666.66 | None | K | R | | Buy | 8/11 | K | | Ellis Lake Corp. |
| 24. 100% ownership (in name of Orchard Corporation) of rental property known as Cliff's Convenience Corner, Wilkinson Co., MS Inherited 1976 - Value at acquisition $65,000 | D | rent | L | R | | | | | |
| 25. Undivided 1/2 int. (in name of Three-Way Corp.) in commercial rental property, Wilkinson Co., MS, including service stations, automobile dealership and surrounding property - Inherited 1984 - Value at acquisition $25,000 | D | rent | K | R | | | | | |
| 26. Undivided 1/4 int. in ▮▮▮ property incl. ▮▮ ▮▮ ▮▮ lots and residence (includes ▮▮▮▮ in ▮▮▮▮ Part of 5 - Inherited 1984 - Value at acquisition $40,000 | E | rent | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 27. Small law office, ████████, Woodville, MS Inherited 1984 - Value at | | | | | | | | | |
| 28. Partnership interest in Valley Farm  Bigbee Valley, MS - Inherited 1980 - Value at acquisition $200,000 acquisition $12,000 | D None | Farm Income | N J | R R | | | | | |
| 29. ████ land Inherited 1980 - Value at acquisition $1,500 | None | J | R | | Ptl. Sale | 7/3 | J | | Richard Foil |
| 30. 1/4 int. in ████. of timberland, Wilkinson Co., MS - Inherited 1984 - Value at acquisition $18,000 | None | K | R | | | | | | |
| 31. 1/2 int. in ████ in ████ Wilkinson Co. Inherited 1984 - Value at acquisition $13,500 | None | J | R | | | | | | |
| 32. Undivided int. in lands located in Noxubee Co., MS, as follows: ████ Inherited 1983 - Value at acquisition $30,000 | A | Tree Farm | M | R | | | | | |
| 33. 1/2 int., ████. ████ Lamar Co., AL Series of gifts 1983 - Value at acquisition $10,000 | None | L | R | | | | | | |
| 34. Undivided int. in ████ Pickens Co., Gift/Inherited 1983 - Value at acquisition $12,000 | None | J | R | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt. 1<br>Code | (2)<br><br>Type | (1)<br><br>Value2<br>Code | (2)<br><br>Value<br>Method3 | (1)<br><br>Type | (2)<br><br>Date | (3)<br>If not exempt<br>Value2<br>Code | (4)<br>from<br>Gain1<br>Code | (5)<br>disclosure<br>Identity |
| 35. 3/16th undivided int. Glasscock Island ▆▆, ▆▆, Concordia Parish, LA Purchased 2/92 - Value at acquisition $35,000 | B | Rent | M | R | | | | | |
| Additional .033337 undivided interest Glasscock Island in and to ▆▆▆ Purchased 8/04 - Value at acquisition $42,780 | B | Rent | K | R | | | | | |
| 36. Interest in Layson, ▆▆▆ Wilkinson Co., MS Purchased 3/92 - Value at acquisition $137,500 | B | Conservation Reserve Program | L | R | | | | | |
| 37. Various non-producing undivided ints. in oil, gas and other minerals in the following locations: | | | | | | | | | |
| Noxubee Co., MS | A | roy. | J | W | | | | | |
| Pickens County, AL | A | roy. | J | W | | | | | |
| Tensas Parish, LA | A | roy. | J | W | | | | | |
| Concordia Parish, LA | A | roy. | J | W | | | | | |
| Adams Co., MS | A | roy. | J | W | | | | | |
| Wilkinson Co., MS | A | roy. | J | W | | | | | |
| 38. Producing minerals: ▆▆▆, Lamar Co., AL,Oper., Moon-Hines, Well No. Moon-Hines #1; Cunningham-Taylor; roy. int. .0016129 | A | roy. | J | W | | | | | |
| 39. Jefferson Co., MS: Buena Vista/C.P. and Buena Vista/Burkley-Anderson Oil Company | A | roy. | J | W | | | | | |
| 40. Wilkinson Co., MS: Ashland Oil Co. (now Plains Marketing), various ▆▆▆ | C | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | If not exempt from disclosure | | |
| | | | | | | | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| 41. Wilkinson Co., MS: Texaco (now Ergon)-Cc. P. Long ▓▓▓▓▓ | A | roy. | J | W | | | | | |
| 42. Amite Co., MS: Waller Bros., Inc.(now J. P. Oil and Gungull Expl.) -Winnie Kepper, et al. | A | roy. | J | W | | | | | |
| 43. Wilkinson Co., MS: Prairie Prod. Co.-Hughes Eastern-Millbrook Unit Adams County, MSA | A | roy. | J | W | | | | | |
| 44. ANCOA-Parker ▓▓▓▓ | A | roy. | J | W | | | | | |
| 45. Wilkinson Co., MS: Hood-Goldsberry/▓▓ ▓▓ | A | roy. | J | W | | | | | |
| 46. Wilkinson Co., MS: Pacific-Enterprises/J. Carter-A. Walker- ▓▓▓▓ | A | roy. | J | W | | | | | |
| 47. .000032 working int. Odgon Unit Wells 2, 3 & 4 | A | int. | K | W | | | | | |
| 48. .0013646 royalty int. Freedom Field, Wilkinson Co., MS CMRA 1 & 2 wells Threshold | B | roy. | J | W | | | | | |
| 49. Vac-Sharp-State Unit, Concordia Parish, LA - (McGowan Working Ptnrs.) | A | roy. | J | W | | | | | |
| 50. Undivided ▓▓▓▓ int. in ▓▓▓▓ and ▓▓▓▓ ▓▓▓▓▓▓ ▓▓ Wilkinson Co., MS | | None | J | W | | | | | |
| 51. Producing minerals: Oxy-Well ▓▓▓▓ .0013646 working interest, Wilkinson County, MS | D | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 52. 1/6th interest in So. Canal Street Partnership. Partnership formed 1993 - Value at acquisition $50,000) | D | rent | K | R | | | | | |
| 53. ▮▮▮ in Wilkinson County, MS, lying in ▮▮▮, ▮▮▮ known as Buck Island - Value at acquisition (9/94) $1,600,000 | E | Rent & Timber | P1 | R | | | | | |
| 54. Lot ▮▮▮ in size in ▮▮▮ Wilkinson County, MS Value at acquisition (10/94) $16,000 | | None | J | R | | | | | |
| Lot ▮▮▮ in size in ▮▮▮ Wilkinson County, MS Purchased 9/00 - Value at acquisition - $17,000 | | None | K | R | | | | | |
| 55. 1/24th undivided int. in ▮▮▮ Adams County, MS - Value at acquisition (2/94) $50,000) | | None | K | R | | | | | |
| 56. U. S. Government Bonds | | None | K | T | | | | | |
| 57. 10% mineral interest in ▮▮▮ in ▮▮▮ Concordia Parish, LA | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Additional mineral int. in ▮▮▮▮ in ▮▮▮▮ ▮▮▮▮▮▮▮▮ Concordia Parish, LA | A | roy. | J | W | | | | | |
| 58. AmSouth Bank (formerly Deposit Guaranty) IRA Account: Washington Mutual Inv. Fund | A | div. | K | T | | | | | |
| U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | none | J | T | | | | | |
| 59. 50% interest in Geoghegan Properties, L.P. | C | div. | P1 | T | | | | | |
| 60. 50% int. in S.C.G. Properties, L. P., including ½ int. in lot owned in Town of Woodville behind Commerical Row and building thereon | E | Rent | L | T | Rent | 2006 | J | | BellSouth |
| 61. 0.045% partnership int. in Walters Group, Ltd. | C | div. | J | T | | | | | |
| 62. 1/2 int. in Hard Times, Inc., | C | rent | K | T | | | | | |
| 63. 2/5 int. in ▮▮▮▮▮▮ ▮▮, Wilkinson County, MS - Value at acquisition (9/97) $88,000 | | None | M | R | | | | | |
| Additional 20% int. in ▮▮▮▮▮▮▮▮, Wilkinson County, MS - 5/02 $75,000 | | None | L | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 64. ▮▮▮▮▮, ▮▮▮▮ Wilkinson County, MS - 11/98 and 3/01 - Value at acquisition $300,000 | | None | N | R | | | | | |
| 65. AmSouth Bank (formerly Deposit Guaranty) Money Market Account | A | div. | K | T | | | | | |
| 66. World Wrestling Fedn Entmt, Inc. | A | div. | J | T | | | | | |
| 67. 1/4 int. in ▮▮▮▮ Adams County, MS, known as the Hunter Tract - Value at acquisition (1970) $5,000 | A | rent | J | R | | | | | |
| 68. 50% int. in Parcel ▮▮ ▮▮▮▮ Woodville, Wilkinson County, MS - Value at acquisition (1997) $40,000 | A | rent | K | R | | | | | |
| 69. Edward Jones Account: Cash and Money Market | A | div. | K | T | | | | | |
| 70. 1/16th int. in ▮▮▮, Wilkinson County, MS 12/2000 - Value at acquisition- 30,875 | | None | K | R | | | | | |
| 71. Undivided ▮▮▮▮ in ▮▮▮▮, Wilkinson County, MS 3/2000 - Value at acquisition - $67,000 | | None | L | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 72. 2/24 int in ▮ and ▮ Wilkinson County, MS - 7/01 $100,000 | | None | L | R | | | | | |
| 73. Undivided 10% of 2/3 int in ▮ Wilkinson County, MS 3/02 - $30,231 | | None | K | R | | | | | |
| 74. Undivided int in ▮ Wilkinson County, MS 3/02 - $30,231 | | None | J | R | | | | | |
| Undivided int in ▮ Wilkinson County, MS 11/02 - $8,722 | | None | J | R | | | | | |
| 75. National Financial Services, LLC (IRA) | A | Int. | K | T | | | | | |
| 76. Munder Funds (Health-care Fund) | A | Int. | J | T | | | | | |
| 77. American Funds (Growth Fund) | | None | J | T | | | | | |
| 78. Britton & Koontz Bank CD | A | Int. | K | T | | | | | |
| 79. United Mississippi Bank CD | A | Int. | M | T | | | | | |
| 80. Undivided interest in oil, gas and other minerals ▮ Wilkinson County, MS | C | roy. | J | W | | | | | |
| 81. 1/3 int in ▮ Wilkinson County, MS | B | Hunting Lease | N | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/07 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 82. Inherited from Est. of Martha C. Walters: | | | | | | | | | |
| Exxon Mobil | A | div. | K | T | | | | | |
| Chevron | A | div. | J | T | | | | | |
| NBC Capital Corp. (Cadence) | A | div. | K | T | | | | | |
| Wachovia Corp. | A | div. | K | T | | | | | |
| Norfolk Southern Corp. | A | div. | J | T | Inherit | 6/6 | M | | Est. Martha C. Walters |
| 83. NBC Capital Corp. | A | div. | K | T | Buy | 5/3 | K | | Through Merrill Lynch - A.S.E. |